UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Yue Wah Chao,

                    Plaintiff,

           - against -

Jake Dilemani,

                    Defendant.
_____

                              26-cv-0411 (JGK)

                              ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the plaintiff's emergency motions for temporary restraining order and preliminary injunction (ECF Nos. 3, 6, 8) on Friday, February **8, 2026, at 11:30 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The plaintiff is directed to serve a copy of this Order on the defendant and file proof of service on the docket.

The Clerk is directed to mail a copy of this Order to the defendant at 185 85th St., Apt. 7B, New York, New York 10028, and to note the mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           February 4, 2026

                              John G. Koeltl
                     United States District Judge