UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Yue Wah Chao,

                    Plaintiff,

          - against -

Jake Dilemani,

                    Defendant.
_____

26-cv-0411 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to appear, by phone, for a conference in connection with the plaintiff's emergency motions for temporary restraining order and preliminary injunction (ECF Nos. 3, 6, 8) on **Friday, February 6, 2026, at 3:00 p.m.**

     Dial-in: 646-453-4442, with access code 67527833#.

     The plaintiff is directed to serve a copy of this Order on the defendant and file proof of service on the docket.

     The Clerk is directed to mail a copy of this Order to the defendant at 185 85th St., Apt. 7B, New York, New York 10028, and to note the mailing on the docket.

     The conference set for February 8, 2026, at 11:30 a.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
          February 5, 2026

                                        _____
                                             John G. Koeltl
                                    United States District Judge