UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YUE WAH CHAO,

                         Plaintiff,            26-cv-0411 (JGK)

            - against -                        ORDER

JAKE DILEMANI,

                         Defendant.
_____

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended application for a temporary restraining order and preliminary injunction by **Tuesday, February 10, 2026.**

In the amended application, the plaintiff must explain, in a nonconclusory manner, among other matters: (1) the status of the state-court proceeding; (2) the basis for seeking in this Court an order enjoining the state-court proceeding; and (3) the likelihood of success on the merits on her ultimate claims.

The Court will hold a telephone conference on **Wednesday, February 11, 2026, at 2:30 p.m.** Dial-in: 646-453-4442, with access code 67527833#.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff and note the mailing on the docket. Chambers will also email a copy of this Order to the plaintiff at ywchao979@gmail.com.

The Clerk is also requested to mail a copy of this Order to the defendant Jake Dilemani at 185 85th St., Apt 15G, New York, New York, 10028, and note the mailing on the docket.

SO ORDERED.
Dated:    New York, New York
          February 6, 2026

                              _____
                                  John G. Koeltl
                              United States District Judge

2