UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YUE WAH CHAO,

                    Plaintiff,                    26-cv-411 (JGK)

          - against -                             ORDER

JAKE DILEMANI,
                    Defendant.
_____

JOHN G. KOELTL, District Judge:

On January 20, 2026, the Clerk issued a summons as to Defendant Jake Dilemani. On January 30, 2026, the plaintiff filed an affidavit of service stating that the summons and complaint were served on the defendant by First Class U.S. Mail. ECF No. 7.

That showing does not establish valid service of process. Under Federal Rule of Civil Procedure 4(e), an individual may be served by (1) following state law for service in the state where the district court sits or where service is made, or (2) delivering the summons and complaint personally, leaving them at the individual's dwelling or usual place of abode with a person of suitable age and discretion who resides there, or delivering them to an authorized agent. Fed. R. Civ. P. 4(e).

Mailing the summons and complaint, without more, is not one of the methods authorized by Rule 4(e). Nor does New York law permit service of a summons and complaint on a natural person solely by ordinary mail. See Fed. R. Civ. P. 4(e)(1); N.Y.

C.P.L.R. 308 (permitting personal delivery, "deliver-and-mail," or "affix-and-mail" under specified conditions). Although New York provides an additional method of "service by mail" under CPLR 312-a, service under that provision is effective only when the defendant returns a signed acknowledgment of receipt; absent a returned acknowledgment, service is not completed. N.Y. C.P.L.R. 312-a.

Accordingly, the plaintiff is directed to serve the defendant in accordance with Federal Rule of Civil Procedure 4 and to file proof of service on the docket by **March 11, 2026.**

**SO ORDERED.**
**Dated:**     **New York, New York**
          **February 24, 2026**

                              _____
                                   John G. Koeltl
                              United States District Judge

2