UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

YUE WAH CHAO,

                    Plaintiff,              26-cv-0411 (JGK)

        - against -                         ORDER

JAKE DILEMANI,

                    Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

        The plaintiff initially attempted to send the summons and complaint by mail, which is not a valid means of service. In a letter dated March 11, 2026, the plaintiff represented that she had hired a process server, but, to date, the plaintiff has failed to file proof that the summons and complaint were served on the defendant.

        The plaintiff's time to serve the defendant with the summons and complaint is extended to **April 20, 2026.** The plaintiff must promptly file an affidavit showing such service. If the plaintiff fails to serve the defendant by that date, this action may be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
          March 23, 2026

                                            _____
                                                    John G. Koeltl
                                            United States District Judge