```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

YUE WAH CHAO,

                         Plaintiff,                26-cv-411 (JGK)

        - against -                ORDER

JAKE DEILEMANI,

                    Defendant.

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The plaintiff filed an affidavit of service on April 20, 2026. The affidavit states that the plaintiff served the defendant with the First Amended Complaint and the plaintiff's emergency application for a temporary restraining order and preliminary injunction. See ECF No. 22. The affidavit does not show that the plaintiff served the defendant with a summons. See id.

Federal Rule of Civil Procedure 4(c)(1) provides that "[a] summons must be served with a copy of the complaint." The Rule further provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Because the affidavit of service does not establish that the summons was served with the First Amended Complaint, the plaintiff has not shown that service was properly effected. See Fed. R. Civ. P. 4(c)(1).

Accordingly, the plaintiff's service was deficient. The plaintiff is directed to serve the defendant again by **May 25,**

2026, with a copy of the summons, the First Amended Complaint, and the application for a temporary restraining order and preliminary injunction, by a method authorized by the Federal Rules of Civil Procedure or by New York law.

The plaintiff shall file proof of such service promptly after service is effected.

The Clerk is respectfully directed to mail this Order to the plaintiff. Chambers will also email a copy of this Order to the plaintiff at ywchao979@gmail.com.

SO ORDERED.
Dated:    New York, New York
          May 4, 2026

_____
John G. Koeltl
United States District Judge

2