UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUE WAH CHAO,

                    Plaintiff,                                26-cv-0411 (JGK)

        - against -                                           Order

JAKE DILEMANI,

                    Defendant.

---

**John G. Koeltl, District Judge:**

The plaintiff commenced this action on January 15, 2026, by filing a complaint together with a request for a temporary restraining order and a preliminary injunction. See ECF Nos. 1, 3. The plaintiff has since amended the complaint twice. See ECF Nos. 17, 24. The plaintiff filed the most recent amended complaint on May 28, 2026. See ECF No. 24.

On February 24, 2026, the Court directed the plaintiff to serve the defendant in accordance with Federal Rule of Civil Procedure 4 and to file proof of service on the docket by March 11, 2026. See ECF No. 19. Since then, the plaintiff has twice attempted service, but each attempt was deficient. See ECF Nos. 20–23. The Court has granted three extensions of time to serve, and the most recent extension required the plaintiff to serve the defendant with the summons and complaint by May 25, 2026. See ECF Nos. 19, 21, 23

To date, however, the plaintiff has not filed proof of service showing that the defendant was served with the summons and complaint in a manner compliant with Federal Rule of Civil Procedure 4.

Accordingly, the plaintiff's time to serve the defendant with the summons and complaint is extended to **June 19, 2026**. The plaintiff must promptly file an affidavit of service demonstrating such service. If the plaintiff fails to serve the defendant by that date, this action will be dismissed without prejudice for failure to prosecute.

The plaintiff is reminded that she may consider contacting the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization; it is not part of, or run by, the Court. An informational flyer regarding the clinic is attached to this Order.

The Clerk is respectfully directed to mail a copy of this Order to the plaintiff. Chambers shall also email a copy of this Order to the plaintiff at ywchao979@gmail.com.

**SO ORDERED.**

**Dated:**    **New York, New York**
         **May 29, 2026**

_____
      **John G. Koeltl**
**United States District Judge**

2

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT



To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 **Interpreting and explaining** federal law and procedure

 **Reviewing drafted pleadings** and correspondence with the Court

 Consulting on **discovery** matters

 Assisting with the **settlement** process (including **mediation**)