UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YUE WAH CHAO,

                        Plaintiff,                          26-cv-0411 (JGK)

          - against -                                       Order

JAKE DILEMANI,

                        Defendant.
_____

**John G. Koeltl, District Judge:**

The plaintiff commenced this action on January 15, 2026, by filing a complaint together with a request for a temporary restraining order and a preliminary injunction. See ECF Nos. 1, 3. The plaintiff has since amended the complaint twice. See ECF Nos. 17, 24. The plaintiff filed the most recent amended complaint on May 28, 2026. See ECF No. 24.

On February 24, 2026, the Court directed the plaintiff to serve the defendant in accordance with Federal Rule of Civil Procedure 4 and to file proof of service on the docket by March 11, 2026. See ECF No. 19. Since then, the plaintiff has twice attempted service, but each attempt was deficient. See ECF Nos. 20–23. The Court has granted four extensions of time to serve, and the most recent extension required the plaintiff to serve the defendant with the summons and complaint by June 19, 2026. See ECF Nos. 19, 21, 23, 25.

To date, however, the plaintiff has not filed proof of service showing that the defendant was served with the summons and complaint in a manner compliant with Federal Rule of Civil Procedure 4.

Accordingly, this case is **dismissed without prejudice** for failure to serve the summons and complaint within ninety days of filing, as required by Rule 4(m), despite repeated warnings by the Court and extensions of the time to file.

The Clerk is respectfully requested to close this case and all pending motions. The Clerk is also requested to mail a copy of this Order to the plaintiff and to note the mailing on the docket.

**SO ORDERED.**

**Dated:**      **New York, New York**
          **June 24, 2026**

John G. Koeltl
**United States District Judge**

2