**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YUE WAH CHAO,

                     **Plaintiff,**

       - against –

JAKE DILEMANI,

                    **Defendant.**

**26-cv-0411 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Federal Rule of Civil Procedure 4(c) provides that "[a] summons must be served with a copy of the complaint." The plaintiff's affidavit of service filed on June 22, 2026, indicates that the defendant was served with the civil cover sheet, the first amended complaint, and the emergency application for a temporary restraining order and a preliminary injunction. See ECF No. 28. However, the affidavit of service does not show that the summons was served on the defendant, as required by Federal Rule of Civil Procedure 4(c). The prior affidavits of service suffer from the same defect. See ECF Nos. 18, 22.

Because of the plaintiff's repeated failure to effect proper service despite this Court's instructions and extensions, this case was dismissed without prejudice by Order dated June 24, 2026. See ECF No. 26. The plaintiff's recent letter neither shows that service was properly corrected nor provides grounds to alter that Order.

2

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and note the mailing on the docket.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **June 26, 2026**

_____
John G. Koeltl
United States District Judge